# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JOSHUA NEAL LEVINE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0017

[January 7, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott I. Suskauer, Judge; L.T. Case No. 502020CF010283A.

Daniel Eisinger, Public Defender, and Timothy Wang, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Melynda L. Melear, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Joshua Neal Levine appeals the denial of his motion to suppress, the denial of his motion to correct a scoresheet error, and the entry of two orders assessing costs. We affirm the denial of Levine's motion to suppress without comment. But we remand for the circuit court to correct the primary offense date on the scoresheet. Additionally, we reverse the circuit court's potentially duplicative cost orders. Unfortunately, it is not clear if the costs were in fact duplicative. On remand, the circuit court should clarify the costs orders and enter an order imposing costs that does not include duplicative costs.

*Affirmed in part, reversed in part, and remanded.*

KUNTZ, C.J., MAY, J., and METZGER, ELIZABETH, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***